Filed 6/5/12
Clerk, U. S. District Court
Western District of Texas
By mnm  Deputy

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § | NO: EP:12-M-02791(1) RPM |
| (1) JORGE REYES | § § § | |

## WAIVER REGARDING RULE 5 PROCEEDINGS

I, __Jorge Reyes__, understand that in the _____ District of __Kansas__, I have been charged with violating __21 USC 846__. I have been taken before a United States Magistrate Judge who has informed me of the charge(s) and my right to: (1) retain counsel or request the appointment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to belive an offense has been committed by me, the hearing to be held either in this district of the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO:

____ Identity hearing
____ Preliminary hearing
____ Identity hearing and I have been informed that I have no right to a preliminary hearing
____ Detention hearing
__✓__ Detention hearing in El Paso, but I want a detention hearing in the prosecuting district

__6-5-12__
Date

X __Jorge Reyes__
Defendant

__[signature]__
Defense Counsel

A true copy of the original, I certify.
Clerk, U.S. District Court
By __[signature]__
Special Deputy Clerk